**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAURIE ANN SCOFIELD,<br><br>    Defendant. | **No. 06-CR-4101-DEO**<br><br>**ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

### I. INTRODUCTION AND BACKGROUND

On November 11, 2006, a 2 Count Indictment (Docket No. 1, 11/16/2006) was returned against Laurie Ann Scofield. Count 1 of that Indictment charges that from about 2004 through about September 9, 2006, in the Northern District of Iowa and elsewhere, that the defendant Laurie Ann Scofield, having previously been convicted of a felony drug offense, that is, controlled substance crime in the fifth degree on or about March 21, 1995, in the Fifth Judicial District, County of Nobles, Minnesota, case number K1-94-345, did knowingly and unlawfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute 50 grams or more of cocaine base, commonly called "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A). This was in violation of Title 21, United States Code, Sections 846 and 851.

Count 2 of that Indictment charges that on or about September 9, 2006, in the Northern District of Iowa, the defendant, Laurie Ann Scofield, having previously been convicted of a felony drug offense, that is, controlled substance crime in the fifth degree on or about March 21, 1995, in the Fifth Judicial District, County of Nobles, Minnesota, case number K1-94-345, did knowingly and intentionally possess with intent to distribute approximately 2.42 grams or more of cocaine base, commonly called "crack cocaine", a Schedule II controlled substance. This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 851.

On February 14, 2007, defendant Laurie Ann Scofield, appeared before United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1 and 2 of the Indictment. On the same date, United States Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 28, 02/14/2007) in which he recommends that defendant Laurie Ann Scofield's guilty plea be accepted. No objections to Judge

Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of Judge Zoss's recommendation to accept defendant Laurie Ann Scofield's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further

>evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that the this Court accepts Judge Zoss's Report and Recommendation (Docket No. 28), and accepts defendant's plea of guilty in this case to Counts 1 and 2 of the Indictment filed on November 16, 2006 (Docket No. 1).

**IT IS SO ORDERED** this 6th day of March, 2007.

*[signature: Donald E. O'Brien]*

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa